# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIERPOINT MIDWEST, LLC, a Delaware Limited Liability Company f/k/a COSENTRY.NET, LLC, <br><br> Plaintiff/Counter-Defendant, <br><br> vs. <br><br> THE GAGE TEAM, INC., a South Dakota Corporation f/k/a GAGE E-SERVICES, LLC, <br><br> Defendant/Counter-Claimant. | 8:16CV398 <br><br> ORDER OF DISMISSAL |

This matter is before the Court on the Parties' Stipulated Motion for Dismissal With Prejudice (Filing No. 27). The motion complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. Accordingly,

**IT IS ORDERED**

1. The Stipulated Motion for Dismissal With Prejudice (Filing No. 27) is granted.
2. All claims in Plaintiff's Complaint and all claims in Defendant's Counterclaim are hereby dismissed with prejudice.
3. Each party shall bear its own costs, expenses, and attorneys' fees associated with the aforementioned claims.

Dated this 16th day of October 16, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge